UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-20084-KMW

**WILLIE WELLS**,

    *Plaintiff*,

v.

**EQUIFAX INFORMATION SERVICES, LLC,**

    *Defendant*.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Willie Wells, and Defendant, Equifax Information Services, LLC, have resolved this matter between themselves by mutual agreement. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice, each party to bear their own costs and attorneys' fees.

Respectfully submitted this March 12, 2024, by:

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
Seraph Legal, P. A.
2124 W. Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 567-3434
bmorgan@seraphlegal.com
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendant's counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

                                                                   */s/ Brandon D. Morgan*
                                                                   Brandon D. Morgan, Esq.
                                                                   Florida Bar Number: 1015954